Decided January 3, 2001

COALITION TO SAVE HORSEBARN HILL *v.* PHILIP E.
AUSTIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 21075) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Nancy Burton*, in support of the petition.

*Karen A. Perry* and *Eric Lukingbeal*, in opposition.

Decided January 3, 2001